[No. 30215-2-II.   Division Two.   April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR W. WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-00045-8, Gary Tabor, J., entered April 17, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 30310-8-II.   Division Two.   April 5, 2005.]

DAPHNE LOGAN, *Individually and as Personal Representative*, *Appellant*, v. PIERCE COUNTY FIRE PROTECTION DISTRICT NO. 2, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08468-6, Kitty-Ann van Doorninck, J., entered April 30, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30315-9-II.   Division Two.   April 5, 2005.]

WILLIAM SESKO ET AL., *Appellants*, v. F. PAUL MCCONKEY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-01822-1, Jay B. Roof, J., entered May 2, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30355-8-II.   Division Two.   April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY A. ERHART, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 28, 2005. Substitute opinion filed. See 129 Wn. App. 1020.